UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------- X
CANDY CASTILLO,
                               Plaintiff, :   20 Civ. 6429 (LGS)

              -against- :   ORDER

JP MORGAN CHASE BANK, N.A.,
                              Defendant.
------------------------------------------------------------- X

LORNA G. SCHOFIELD, District Judge:

    WHEREAS, the September 15, 2020, Civil Case Management Plan and Scheduling Order (Dkt. No. 10) scheduled a case management conference for dispositive motions on April 1, 2021, at 11:00 a.m.

    Whereas, the February 24, 2021, Second Amended Civil Case Management Plan and Scheduling Order (Dkt. No. 16) scheduled the case management conference for dispositive motions on August 26, 2021, at 11:00 a.m.  Accordingly, it is hereby

    **ORDERED** that the case management conference scheduled for April 1, 2021, is **cancelled**.

Dated: March 26, 2021
       New York, New York

                                                      LORNA G. SCHOFIELD
                                           UNITED STATES DISTRICT JUDGE