UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------X
CANDY CASTILLO,
                                 Plaintiff,    :        20 Civ. 6429 (LGS)

            -against-                   :        ORDER

JP MORGAN CHASE BANK, N.A.,
                               Defendant.
------------------------------------------------------------X

LORNA G. SCHOFIELD, District Judge:

      WHEREAS, a pre-motion conference is scheduled for August 31, 2022, at 4:30 p.m. It is hereby

      **ORDERED** that the pre-motion conference scheduled for August 31, 2022, is **adjourned to September 28, 2022, at 4: 30 p.m.**, on the following conference line: 888-363-4749, access code: 558-3333. Any party wishing to file a summary judgment or other dispositive motion shall file a pre-motion letter at least two weeks before the conference and in the form provided in the Court's Individual Rule III.A.1. If no pre-motion letter is timely filed, the conference will be canceled and the matter placed on the Court's trial-ready calendar.

Dated: August 25, 2022
       New York, New York

                                              LORNA G. SCHOFIELD
                                     UNITED STATES DISTRICT JUDGE